# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:**

**AVAGO TECHNOLOGIES LIMITED, et al,**

          **Plaintiffs,**

**-vs-**                                                  **Case No. 6:12-mc-10-Orl-22DAB**

**ROBERT AIGNER, GERNOT FATTINGER,**

          **Defendants.**

**Deborah Burke,**

          **Movant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO FILE UNDER SEAL MOTION TO COMPEL (Doc. No. 1)
>
> **FILED:** January 17, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**, as moot. The motion has already been filed under seal, pursuant to Order of the transfer Court.

> **MOTION:** MOTION TO COMPEL (Doc. No. 6)
>
> **FILED:** January 20, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

To the extent this is the same dispute resolved in the related case pending in this Court (6:10cv1486-22DAB), the motion to compel is denied, without prejudice to the relief already granted by prior Order in the related case: namely:

"Plaintiffs may conduct one Rule 30(b)(6) deposition (relating to the new facts as to the clean room project) of non-party TriQuint, for a period of no more than seven hours. Whether more than one individual need be produced will depend on whether a single person is available to satisfy Rule 30(b)(6) on this subject." (Case No. 6:10cv1486-22DAB - Doc. No. 73).

**DONE** and **ORDERED** in Orlando, Florida on January 25, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished:

Counsel of Record